THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael Alan Morris, Appellant.
 
 
 

Appeal From Charleston County
 Thomas L. Hughston, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-529
 Submitted November 1, 2011  Filed
December 2, 2011    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor Scarlett A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Michael
 Alan Morris appeals the circuit court's order requiring him to register as a
 sex offender, arguing his guilty plea to third-degree sexual exploitation of a
 minor was not an offense enumerated in section 23-3-430(C) of the South
 Carolina Code (Supp. 2010).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 23-3-430(C)-(D) (Supp. 2010) (providing that the circuit court has
 discretion to order a defendant to register as a sex offender after he pleads
 guilty to a "violation[] of Article 3, Chapter 15 of Title 16 involving a
 minor"); S.C. Code Ann. § 16-15-410(A)-(B) (Supp. 2010) (providing that
 the visual representation be of a minor and allowing the fact-finder to make an
 inference the participant in the depicted sexual activity is a minor).
AFFIRMED.
FEW, C.J., THOMAS and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.